UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARTY MYNHIER and<br>KAREN MYNHIER,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Cause No. 1:18-cv-3650-SEB-MJD |

**STIPULATION OF DISMISSAL**

  Plaintiffs and Defendant, by counsel, hereby stipulate and agree to the dismissal of this action, with the Parties to this Stipulation to bear their own costs, fees, and attorneys' fees.

                Respectfully submitted,

                JOSH J. MINKLER
                United States Attorney

By: */s/ Rex Edwin Baker*[1]     By */s/ Julian C. Wierenga*
   Counsel for Plaintiffs         Assistant United States Attorney
                     Counsel for Defendant

---

[1] Signed with consent.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the attorneys of record.

    Rex Edwin Baker
    Baker & Gilchrist
    rbaker@bakerandgilchrist.com

                                          */s/ Julian Wierenga*
                                          Julian C. Wierenga
                                          Assistant United States Attorney

Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204
317-226-6333